**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMY PHILLIPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXXON MOBIL ) <br> CORPORATION, ) <br> ) <br> Defendant. ) | Case No. 1: 17-cv-07703 <br><br> Judge Alonso |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amy Phillips and Defendant Exxon Mobil Corporation, by their respective attorneys, stipulate and agree that Plaintiff's claims in the above-captioned action shall be dismissed with prejudice and without attorneys' fees or costs to any party.

WHEREFORE, the parties hereby request this Court issue an Order of Dismissal, dismissing the case with prejudice in its entirety with each party to bear her or its own attorneys' fees and costs.

| **AGREED:** | **AGREED:** |
|---|---|
| **PLAINTIFF AMY PHILLIPS** | **DEFENDANT EXXON MOBIL CORPORATION** |
| By: _/s/ Julie Porter _____ <br> One of Her Attorneys | By: /s/ Ami Wynne_____ <br> One of Its Attorneys |
| Dated: October 4, 2021 | Dated: October 4, 2021 |
| Julie Porter <br> porter@spplawyers.com <br> Salvatore Prescott & Porter, PLLC <br> 1010 Davis Street <br> Evanston, IL 60201 <br> P: (312) 283-5711 | Ami N. Wynne <br> ami.wynne@morganlewis.com <br> MORGAN, LEWIS & BOCKIUS LLP <br> 77 W. Wacker Dr., Fifth Floor <br> Chicago, IL 60601 <br> Tel: (312) 324-1468 |

Brenna M. Woodley (No. 6242530)
bwoodley@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Tel: (312) 471-8700
Fax: (312) 471-8701